### UNITED STATES v. WONG SOO BOW.

(District Court, D. Vermont. December 7, 1901.)

DEPORTATION OF CHINESE—REFUSING ADMISSION—CONCLUSIVENESS OF COLLECTOR'S DECISION.

   The decision of the customs officers denying the right of a Chinese person to enter the United States is conclusive against his right to remain in this country, when subsequently arrested for deportation, unless reversed on appeal to the secretary of the treasury.[1]

Appeal by Wong Soo Bow from an order of deportation.

Rufus E. Brown, for appellant.
James L. Martin, U. S. Atty.

WHEELER, District Judge. The appellant claims to be entitled to remain in the United States as a returning merchant. He admits on cross-examination that he applied for admission to, and was rejected by, the customs officials of this collection district. That decision is conclusive against his right to return, except on appeal to the secretary of the treasury. Fong Yue Ting v. U. S., 149 U. S. 698, 13 Sup. Ct. 1016, 37 L. Ed. 905.

Order of deportation affirmed.

[1] Constitutionality and review of proceedings for deportation of Chinese, see paragraph 4, note to Lee Sing Far v. U. S., 35 C. C. A. 334.